UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Victor Druziako, Esq.
Law Office of Victor Druziako, P.C.
1841 W. Landis Ave.
Vineland, NJ 08360
(856)692-7474
Counsel for Debtor, Robert Negron
VD-3263

In Re:

Debtor, Robert Negron

**Order Filed on October 11, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:    16-12725

Chapter:    13

Judge:    ABA

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 11, 2016**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation filed by _____Debtor_____, on _____3/2/2016_____, and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by _____Debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____11/29/2016_____ .

The Loss Mitigation Period is terminated, effective _____ .

*new.8/1/11*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-12725-ABA
Robert Negron                                                           Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1           Date Rcvd: Oct 12, 2016
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2016.
db             Robert Negron,    1941 Wynewood Drive,    Vineland, NJ   08361-6770

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 12, 2016 at the address(es) listed below:
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
       summarymail@standingtrustee.com
      Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
      Joshua I. Goldman    on behalf of Creditor    Queens Park Oval Asset Holding Trust
       jgoldman@kmllawgroup.com,  bkgroup@kmllawgroup.com
      Victor   Druziako    on behalf of Debtor Robert   Negron bkdruziako@aol.com
                                                                                                                                      TOTAL: 4