UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Victor Druziako, Esq.
Law Office of Victor Druziako, P.C.
1841 W. Landis Ave.
Vineland, NJ 08360
856-692-7474
VD-3263
Counsel for Debtor, Robert Negron

In Re:
Debtor, Robert Negron

**Order Filed on January 11, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 16-12725

Adv. No.:

Hearing Date:

Judge: ABA

# ORDER APPROVING LOAN MODIFICATION

The relief set forth on the following pages, numbered two (2) through two (2) is

hereby **ORDERED**.

**DATED: January 11, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon consideration of Movant's Motion to Approve Loan Modification:

ORDERED, that the Movant's Motion to Approve Loan Modification is hereby

GRANTED; and it is further

ORDERED, that approval and recording (if applicable) of the loan modification shall in no way constitute a violation of the automatic stay.

ORDERED, that if the pre-petition arrears are capitalized into the loan modification, secured creditor shall amend and file its Proof of Claim within thirty (30) days of the date of this Order to reflect zero pre-petition arrears. Upon receipt of an Amended Proof of Claim, the Trustee may disburse the funds being reserved pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.

ORDERED, that the debtors shall file a Modified Plan and Amended Schedule J within ten (10) days of the entry of the within order.

ORDERED, that the Chapter 13 Trustee shall suspend disbursement to secured creditor pending amendment of its proof of claim, and all money that would otherwise be paid to the secured creditor be held until the claim is amended or the Trustee is notified by the secured creditor that the modification was not consummated, whichever shall first occur.

ORDERED, that in the event the modification is not consummated the secured creditor shall notify the Trustee and the Debtors' attorney of same. Any money that was held by the Trustee pending completion of the modification shall then be paid to the secured creditor.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-12725-ABA
Robert Negron                                                           Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 1          Date Rcvd: Jan 11, 2017
                      Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2017.
db             Robert Negron,    1941 Wynewood Drive,     Vineland, NJ    08361-6770

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2017 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    Queens Park Oval Asset Holding Trust
       dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
       summarymail@standingtrustee.com
      Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Joshua I. Goldman    on behalf of Creditor    Queens Park Oval Asset Holding Trust
       jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
      Victor  Druziako    on behalf of Debtor Robert  Negron bkdruziako@aol.com
                                                                        TOTAL: 5